UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

Timothy Paul Frick

ORDER

                     Debtor.

Chapter 7, Case No. 10-41156
------------------------------

      This case is before the court on the motion of U.S. Bank, N.A. as serviced by National Default Servicing Corporation, pursuant to 11 U.S.C. section 362. Based on the motion and the file,

      IT IS ORDERED:

      The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, have an interest under mortgage document no. 1997953.018, said property legally described as:

      Lot 19, Block 2, Weybridge Third Addition, Anoka County, Minnesota

      The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: June 3, 2010

/e/ Robert J. Kressel
_____
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/03/2010*
Lori Vosejpka, Clerk, by LMH